**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
Jack Reise, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated, : : : : : Plaintiff, : : vs. : : RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC., : : : : : : : Defendants. : | No. _____<br><br><br>**CERTIFICATION PURSUANT TO L.CIV.R. 11.2** |

I certify that to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court, accept as set forth on the Rider attached hereto as Exhibit "A."

I certify under penalty of perjury that the foregoing is true and correct. executed on this 20th day of July, 2007.

_____
PETER S. PEARLMAN

- 2 -

EXHIBIT "A"

1. Pending in the United States District Court for the Northern District of Illinois, <u>Paul Djurisic</u>, et al. v. APAX Partners, Inc., et al., Case No. 07 C 3707.

2. Pending in the United States District Court for the Northern District of Illinois, <u>Kimm Walton</u>, etc. v. RC2 Corporation, et al., Case No. 07CV3614.

3. Pending in the United States District Court for the Northern District of Illinois, Eastern Division, <u>Jennifer Foshee Deke</u>, et al. v. RC2 Corporation, et al., Case No. 07CV3609.

4. Pending in the United States District Court for the Northern District of Illinois, <u>Channing Hesse</u>, et al. v. Learning Curve Brands, Inc., et al., Case No. 07CV3514.

5. Pending in the United States District Court for the Northern District of Illinois, <u>John O'Leary</u>, et al. v. Learning Curve Brands, Inc., et al., Case No. 07CV3682.

6. Pending in the United States District Court for the Southern District of Indiana, Indianapolis Division, <u>Robert Miller</u>, et al. v. RC2 Corporation, et al., Case No. 1:07-cv-0772-LJM-WTL.