## United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>       Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

    RC2 CORPORATION.
    1111 W. 22nd Street
    Suite 320
    Oak Brook, IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

    Peter S. Pearlman, Esq.
    Cohn Lifland Pearlman Herrmann & Knopf LLP
    Park 80 Plaza West One
    Saddle Brook, NJ 07663
    (201) 845-9600

an answer to the complaint which is on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                            DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the summons and Complaint made by me [1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Service Personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____     _____
                    Date                                     Signature of Server

                                                                       _____
                                                                       Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure. (Rev. 8/01)

# United States District Court

DISTRICT OF __New Jersey__

| |
|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated, <br><br>                      Plaintiff, <br><br> vs. <br><br> RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC., <br><br>                      Defendants. |

**SUMMONS IN A CIVIL CASE**

Civil Action No.

**TO:** (Name and Address of Defendant)

    LEARNING CURVE BRANDS, INC.
    2021 9th Street East
    Dyersville, IA 52040-2316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

    Peter S. Pearlman, Esq.
    Cohn Lifland Pearlman Herrmann & Knopf LLP
    Park 80 Plaza West One
    Saddle Brook, NJ 07663
    (201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                         DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the summons and Complaint made by me [1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Service Personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
                Date                              Signature of Server

                                           _____
                                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure. (Rev. 8/01)

## United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

LEARNING CURVE BRANDS, INC. D/B/A RC2 BRANDS, INC.
2021 9th Street East
Dyersville, IA 52040-2316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                         DATE

_____
BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the summons and Complaint made by me [1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Service Personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
                    Date                                 Signature of Server

                                                    _____
                                                    Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure. (Rev. 8/01)

# United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>       Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** *(Name and Address of Defendant)*    WAL-MART STORES, INC.
                   702 S.W. 8th Street
                   Bentonville, Arkansas 72712-6209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *(Name and address)*

    Peter S. Pearlman, Esq.
    Cohn Lifland Pearlman Herrmann & Knopf LLP
    Park 80 Plaza West One
    Saddle Brook, NJ 07663
    (201) 845-9600

an answer to the complaint which is on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                     DATE

_____
BY DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the summons and Complaint made by me [1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Service Personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify):_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____  _____
                 Date                         Signature of Server

                                            _____
                                            Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure. (Rev. 8/01)

## United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>                    Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

    TOYS "R" US, INC.
    One Geoffrey Way
    Wayne, New Jersey 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

    Peter S. Pearlman, Esq.
    Cohn Lifland Pearlman Herrmann & Knopf LLP
    Park 80 Plaza West One
    Saddle Brook, NJ 07663
    (201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                             DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the summons and Complaint made by me [1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Service Personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure. (Rev. 8/01)