# United States District Court

DISTRICT OF __New Jersey__

DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,

                Defendants.

**SUMMONS IN A CIVIL CASE**

Civil Action No.    07-3376 (WHW)

**TO:** (Name and Address of Defendant)

RC2 CORPORATION.
1111 W. 22nd Street
Suite 320
Oak Brook, IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

**DIANNE C. RICHARDS**
BY DEPUTY CLERK

DATE    7-24-07

# United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

LEARNING CURVE BRANDS, INC. D/B/A RC2 BRANDS, INC.
2021 9th Street East
Dyersville, IA 52040-2316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK  DIANNE C. RICHARDS   /dcr/

BY DEPUTY CLERK

DATE  7-24-07

## United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

WAL-MART STORES, INC.
702 S.W. 8th Street
Bentonville, Arkansas 72712-6209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK
DIANNE C. RICHARDS   _dcr_
BY DEPUTY CLERK

DATE   7-24-07

# United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)    TOYS "R" US, INC.
One Geoffrey Way
Wayne, New Jersey 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                      7-24-07

CLERK DIANNE C. RICHARDS    /dcr/                  DATE

BY DEPUTY CLERK