# United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>     Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. |

**TO:** (Name and Address of Defendant)

  LEARNING CURVE BRANDS, INC.
  2021 9th Street East
  Dyersville, IA 52040-2316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

  Peter S. Pearlman, Esq.
  Cohn Lifland Pearlman Herrmann & Knopf LLP
  Park 80 Plaza West One
  Saddle Brook, NJ 07663
  (201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

__WILLIAM T. WALSH__       __7-24-07__
CLERK                DATE
__DIANNE C. RICHARDS__
BY DEPUTY CLERK