COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Jack Reise, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>                    Defendants. | No. 2:07-cv-3376 (WHW)<br><br>AFFIDAVIT OF SERVICE OF THOMAS R. KENNY |

State of New Jersey
                SS:
County of Bergen

Thomas Kenny, of full age, being duly sworn according to law upon his oath deposes and says:

1. I am an investigator employed by the firm of Cohn Lifland Pearlman Herrmann & Knopf, LLP, attorneys for the plaintiff, in the above-captioned matter.

2. On July 25, 2007 at 11:55 a.m., I personally served the Summons and Complaint addressed to Toys "R" US, a defendant in the above-captioned matter upon Ms. Diane Martin, the receptionist at Toys R Us. Annexed hereto as Exhibit "A" is a copy of said Summons.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit are true and correct.

_____
Thomas Kenny

Sworn to and subscribed
before me this 26th
day of July, 2007.

_____

**Sue Naumovska**
**A NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires September 22, 2008**

# United States District Court

DISTRICT OF __New Jersey__

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Civil Action No. 2:07-CV-3376 (WHW) |

**TO:** (Name and Address of Defendant)   TOYS "R" US, INC.
One Geoffrey Way
Wayne, New Jersey 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address)

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600

an answer to the complaint which is on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK DIANNE C. RICHARDS     DATE 7-24-07

BY DEPUTY CLERK



**EXHIBIT A**