EDWARDS ANGELL PALMER & DODGE LLP
Dennis M. Reznick (DR4841)
51 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 376-7700

Of Counsel:
Bart T. Murphy, Esq.
James Peterson, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendant Toys "R" Us, Inc.

*Document Electronically Filed*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RC2 CORPORATION; LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC.; WAL-MART STORES, INC and TOYS "R" US, INC.,<br><br>Defendants. | Civil Action No. 2:07-cv-03376 (WHW-MF)<br><br>**APPLICATION FOR CLERK'S ORDER PURUANT TO LOCAL CIVIL RULE 6.1(b) TO EXTEND DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE REPLY WITH REGARD TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

To: Clerk, United States District Court
District of New Jersey
M.L. King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for the entry of an Order by the Clerk extending for fifteen (15) days the time within which the defendant Toys "R" Us, Inc. may answer, move or otherwise reply with regard to the plaintiff's Complaint in this action. The undersigned hereby represents that:

1. No previous extension has been obtained;

2. Service of Process was effected on July 25, 2007;

3. The time for the defendant to answer, to move or otherwise to reply to the Complaint in this matter expires on August 14, 2007;

4. The defendant hereby requests that the Clerk enter the annexed Order extending the time for the defendant to answer, to move or otherwise to reply with regard to the plaintiff's Complaint for a period of fifteen (15) days through and including August 29, 2007.

        s\Dennis M. Reznick (DR4841)
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 376-7700
Fax: (973) 376-3380

Of Counsel:
Bart T. Murphy, Esq.
James Peterson, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendant Toys "R" Us, Inc.

DATED: August 14, 2007

- 3 -

## **ORDER**

The within application is GRANTED and it is ORDERED that the time within which the defendant may answer, move or otherwise reply with regard to the plaintiff's Complaint is hereby extended for a period of fifteen (15) days, through and including August 29, 2007.

WILLIAM T. WALSH, Clerk

Dated:_____          By:_____
                                     Deputy Clerk