EDWARDS ANGELL PALMER & DODGE LLP
Dennis M. Reznick (DR4841)
51 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 376-7700

Of Counsel:
Bart T. Murphy, Esq.
James Petersen, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendants
RC2 Brands, Inc. and Learning Curve Brands, Inc.

*Document Electronically Filed*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>RC2 CORPORATION; LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC.; WAL-MART STORES, INC and TOYS "R" US, INC.,<br><br>               Defendants. | Civil Action No.  2:07-cv-03376 (WHW-MF)<br><br>**APPLICATION FOR CLERK'S ORDER PURUANT TO LOCAL CIVIL RULE 6.1(b) TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE REPLY WITH REGARD TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

To:    Clerk, United States District Court
         District of New Jersey
         M.L. King, Jr. Federal Building and U.S. Courthouse
         50 Walnut Street
         Newark, NJ  07102

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for the entry of an Order by the Clerk extending for fifteen (15) days the time within which the defendants RC2 Brands, Inc. and Learning Curve Brands, Inc. may answer, move or otherwise reply with regard to the plaintiff's Complaint in this action. The undersigned hereby represents that:

1. No previous extension has been obtained;

2. Service of Process was effected on these defendants on or about July 31, 2007;

3. The time for these defendants to answer, to move or otherwise to reply to the Complaint in this matter expires on August 20, 2007;

4. These defendant hereby requests that the Clerk enter the annexed Order extending the time for these defendants to answer, to move or otherwise to reply with regard to the plaintiff's Complaint for a period of fifteen (15) days through and including September 5, 2007.

        s\Dennis M. Reznick (DR4841)
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, New Jersey  07078
(973) 376-7700
Fax: (973) 376-3380
Email:  dreznick@eapdlaw.com

Of Counsel:
Bart T. Murphy, Esq.
James Peterson, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendants
RC2 Brands, Inc. and Learning Curve Brands, Inc.

DATED:  August 17, 2007

- 3 -

**<u>ORDER</u>**

      The within application is GRANTED and it is ORDERED that the time within which the defendants RC2 Brands, Inc. and Learning Curve Brands, Inc. may answer, move or otherwise reply with regard to the plaintiff's Complaint is hereby extended for a period of fifteen (15) days, through and including September 5, 2007.

                                                                       WILLIAM T. WALSH, Clerk

Dated: August ____, 2007                      By:_____
                                                                      Deputy Clerk