EDWARDS ANGELL PALMER & DODGE LLP
Dennis M. Reznick (DR4841)
51 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 376-7700

Of Counsel:
Bart T. Murphy, Esq.
James Petersen, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendants RC2 Corporation,
Learning Curve Brands, Inc. and Toys "R" Us, Inc.

*Document Electronically Filed*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RC2 CORPORATION; LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC.; WAL-MART STORES, INC and TOYS "R" US, INC.,<br><br>Defendants. | Civil Action No. 2:07-cv-03376 (WHW-MF)<br><br>**CONSENT ORDER** |

THIS MATTER having been opened to the Court by Edwards Angell Palmer & Dodge LLP, counsel for defendants RC2 Corporation, Learning Curve Brands, Inc. and Toys "R" Us,

Inc. for the entry of a Consent Order extending time within which all of these defendants may answer, move or otherwise reply with regard to plaintiff's Complaint in this action for an additional period of time to and including September 20, 2007;

And the Court having been advised that Cohn Lifland Pearlman Herrmann & Knopf, LLP, counsel for plaintiff, has consented to this request for an extension of time, and for good cause having been shown:

IT IS on this ___24___ day of August, 2007

ORDERED that these defendants' application is GRANTED and it is ORDERED that the time within which the defendants RC2 Corporation, Learning Curve Brands, Inc. and Toys "R" Us, Inc. may answer, move or otherwise reply with regard to plaintiff's Complaint is hereby extended for an additional period of time through and including September 20, 2007.

_____
Mark Falk, U.S.M.J.

NWK_204963_1