BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

RECEIVED-CLERK
U.S. DISTRICT COURT
2007 AUG 27 P 2: 34

| | | | |
|---|---|---|---|
| IN RE THOMAS & FRIENDS TRAIN PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No._____ | |

## REVISED SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**<br>Abel Martinez<br><br>**Defendants**<br>RC2 Corporation | C.D. California | CV07-05401 AHM (FMOx) | A. Howard Matz |
| **Plaintiff**<br>C. Kelly<br><br>**Defendants**<br>RC2 Corporation | E.D. New York | 1:07-cv-02525-FB-ReR | Frederic Block |
| **Plaintiff**<br>James Weldon Stratton<br>Christa Marie Stratton<br><br>**Defendants**<br>RC2 Corporation,<br>Racing Champion ERTL Corporation,<br>Learning Curve Brands, Inc.,<br>Racing Champions ERTL, Inc.,<br>RC ERTL, Inc. and RC2 Brands, Inc. | E.D. Arkansas | 4:07 CV 0640-JMM | James Moody |
| **Plaintiff**<br>Chad J. Sweeney, Gregg Theobald, Shay Theobald, Robert Miller and Rachel Miller<br><br>**Defendants**<br>RC2 Corporation, | S.D. Indiana | 1:07 CV 0772-LJM-WTL | Larry J. McKinney |

1

RULE 7.2(a)(ii) SCHEDULE OF ACTIONS

| | | | |
|---|---|---|---|
| Racing Champion ERTL Corporation, Learning Curve Brands, Inc., Racing Champions ERTL, Inc., RC ERTL, Inc. and RC2 Brands, Inc. | | | |
| **Plaintiff** David Murdock  **Defendants** RC2 Corporation, Learning Curve Brands, Inc., Learning Curve Brands, Inc., dba RC2 Brands, Inc., WAL-MART Stores, Inc. and Toys "R" Us, Inc. | D. New Jersey | 2:07 CV 3376-WHW-MF | William H. Walls |
| **Plaintiff** Channing Hesse  **Defendants** Learning Curve Brands, Inc., Learning Curve Brands, Inc., dba RC2 Brands, Inc. | N.D. Illinois | 1:07 CV 3514 | Harry D. Leinenweber |
| **Plaintiff** Jennifer Foshee Deke  **Defendants** RC2 Corporation, Learning Curve Brands, Inc., Learning Curve Brands, Inc., dba RC2 Brands, Inc. | N.D. Illinois | 07CV3609 | Harry D. Leinenweber |
| **Plaintiff** Kim Walton  **Defendants** RC2 Corporation, Learning Curve Brands, Inc., RC2 Brands, Inc. | N.D. Illinois | 07 CV 3614 | Harry D. Leinenweber |
| **Plaintiff** Robyne Rohde, Nicholas Rohde, Austin Rohde, Tom Brady, Christopher Brady  **Defendants** Learning Curve Brands, Inc. | N.D. Illinois | 07CV4187 | Harry D. Leinenweber |

2

**RULE 7.2(a)(ii) SCHEDULE OF ACTIONS**

| | | | |
|---|---|---|---|
| f/k/a RC2 Brands, Inc., RC2 Corporation, Learning Curve International, Inc. | | | |
| **Plaintiff**<br>Ryan R. Kreiner, Claudia M. Kreiner, Patrick Hudspeth, Caryn Hudspeth<br><br>**Defendants**<br>RC2 Corporation, Racing Champions ERTL Corporation, Learning Curve Brands, Inc., formerly doing business as The ERTL Company, Inc., RC ERTL, Inc., and RC2 Brands, Inc. | N.D. Illinois | 07CV4547 | George W. Lindberg |

Dated: 8/28, 2007

KING & FERLAUTO, LLP

_____
Thomas M. Ferlauto
KING & FERLAUTO, LLP
1880 Century Park East,
Suite 820
Los Angeles, CA 90067

*Attorneys for Movant Martinez*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE THOMAS & FRIENDS TRAIN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL Docket No._____ |

### REVISED CERTIFICATE OF SERVICE

This is to certify that I have as of this day served upon all Parties' counsel of record, or upon the Party if no counsel of record appears, a copy of the following documents:

**MOTION FOR TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM IN SUPPORT OF MOTION FOR TRANSFER AND COORDINATION**

**RULE 7.2 (a)(II) SCHEDULE OF ACTIONS**

**CERTIFICATE OF SERVICE**

**REVISED SCHEDULE OF ACTIONS**

**REVISED CERTIFICATE OF SERVICE**

by causing a copy of same to be deposited in the United States mail, postage prepaid, and properly addressed as follows:

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 2002-8004

Bart T. Murphy
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
*Counsel for RC2 Corporation, Learning Curve Brands, Inc., RC2 Brands, Inc., Racing Champions ERTL Corporation, Racing Champions ERTL, Inc., ERTL Corporation, RC ERTL, Inc., Learning Curve International, Inc., ERTL Company, Inc.*

Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716

Dennis M. Reznick
EDWARD, ANGELL, PALMER & DODGE, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
*Counsel for RC2 Corporation, Learning Curve Brands, Inc., RC2 Brands, Inc., and Toys "R" Us, Inc.*

Elizabeth A. Fegan
Timothy P. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Blvd., Suite B
Oak Park, IL 60301
*Counsel for Plaintiff Channing Hesse*

Robert Foote
FOOTE, MEYERS, MIELKE & FLOWERS
28 North First Street, Suite 2
Geneva, IL 60134
*Counsel for Plaintiff Jennifer Foshee Deke*

Edward Wallace
WEXLER, TORISEVA, WALLACE, LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60612
*Counsel for Plaintiff Kimm Walton*

2
**REVISED CERTIFICATE OF SERVICE**

Joseph Williams
PRICE WAIKUKAUSKI & RILEY, LLC
301 Madison Avenue
Indianapolis, IN 46204
*Counsel for Plaintiff Ryan R. Kreiner, Claudia M. Kreiner, Caryn Hudspeth and Patrick Hudspeth*

Thomas A. Zimmerman, Jr.
Hugh J. Green
ZIMMERMAN LAW OFFICES, P.C.
100 West Monroe Street
Suite 1300
Chicago, IL 60603
*Counsel for Plaintiff Nicholas Rohde, Robyne Rohne, Austin Rohne, Christopher Brady and Tom Brady*

Peter Pearlman
COHN LIFLAND PEARLMAN HERRMAN & KNOPF, LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
*Counsel for Plaintiff David Murdock*

William N. Riley
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
*Counsel for Plaintiffs Chad J. Sweeney, Gregg Theobad, Shay Theobad, Robert Miller and Rachel Miller*

Alex G. Streett
James A. Streett
STREETT LAW FIRM, P.A.
107 W. Main St.
Russellville, AR 72811
*Counsel for Plaintiffs James Weldon and Christa Marie Stratton*

John Balestriere
Craig Lanza
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007
*Counsel for Plaintiff C. Kelly*

This is also to certify that as of this day, I have mailed to the clerk of each United States District Court in which an action is pending that will be affected by the Motion for Transfer and Coordination Pursuant to 28 U.S.C. § 1407 a copy, for purposes of filling in said Court, a copy of the following documents:

**MOTION FOR TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM IN SUPPORT OF MOTION FOR TRANSFER AND COORDINATION**

**RULE 7.2 (a)(II) SCHEDULE OF ACTIONS**

**CERTIFICATE OF SERVICE**

**REVISED SCHEDULE OF ACTIONS**

**REVISED CERTIFICATE OF SERVICE**

by causing a copy of same to be deposited in the United States mail, postage prepaid, and properly addressed as follows:

> United States District Court
> Central District of California
> 312 N. Spring Street
> Los Angeles, CA 90012

> United States District Court
> Northern District of Illinois
> Eastern Division
> Everett McKinley Dirksen Building
> 219 South Dearborn Street
> Chicago, IL 60604

> United States District Court
> Eastern District of New York
> 225 Cadman Plaza East
> Brooklyn, NY 11201

United States District Court
Eastern District of Arkansas
600 West Capitol Ave., Suite 402
Little Rock, AR 72201

United States District Court
Southern District of Indiana
Birch Bayh Federal Building &
United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204

United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

This 28th day of August, 2007.

_____
Thomas M. Ferlauto

*Attorneys for Plaintiff Abel Martinez*