Before the Judicial Panel on Multidistrict Litigation
MDL-____-
In re Thomas Trains Paint Litigation

## SCHEDULE OF ACTIONS

| Northern District of Illinois | | | | |
|---|---|---|---|---|
| Channing Hesse v. Learning Curve Brands, Inc. and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03514 | 06/22/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| Jennifer Foshee Deke v. RC2 Corporation, Learning Curve Brands, Inc. and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03609 | 06/27/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| Kimm Walton v. RC2 Corporation and Learning Curve Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03614 | 06/27/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| John O'Leary and Christine Waller v. Learning Curve Brands, Inc. and RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03682 | 06/29/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| Paul Djurisic v. Apax Partners, Inc., Hit Entertainment, RC2 Corporation, and Learning Curve Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03707 | 07/02/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| Theresa Reddell and Rebekah Lockhart v. Learning Curve Brands, Inc. and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-03747 | 07/03/2007 | Reassigned to: Hon. Harry D. Leinenweber |

| Northern District of Illinois | | | | |
|---|---|---|---|---|
| Nicholas Rohde, Robyne Rohde, Austin Rohde, Christopher Brady and Tom Brady<br>v.<br>Learning Curve Brands, Inc., RC2 Corporation and Learning Curve International, Inc. | N.D. Illinois (Chicago) | 1:07-cv-04187 | 07/25/2007 | Reassigned to: Hon. Harry D. Leinenweber |
| Ryan R. Kreiner, Claudine M. Kreiner, Caryn Hudspeth, Patrick Hudspeth<br>v.<br>RC2 Corporation, Racing Champions Ertl Corporation, Learning Curve Brands, Inc., Racing Champions Ertl, Inc., RC Ertl, Inc. and RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-04547 | 08/13/2007 | Hon. George W. Lindberg |
| Cherise Wilson, Aive Rei-Ghafoor, Tonya Tubbs, Thomas Toms, Tracy Hofmann, Sheree Argiris, and Cheng Yin<br>v.<br>Learning Curve Brands, Inc. and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. | N.D. Illinois (Chicago) | 1:07-cv-04642 | 08/17/07 | Hon. Mark Filip |

| Court and Case Caption | District | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Southern District of Indiana** | | | | |
| Chad J. Sweeney, Gregg Theobald, Shay Theobald, Robert Miller, Rachel Miller v. RC2 Corporation, Racing Champions ERTL Corporation, and Learning Curve Brands, Inc. | S.D. Indiana (Indianapolis) | 1:07-cv-00772 | 06/15/2007 | Hon. Larry J. McKinney |
| **Eastern District of New York** | | | | |
| C. Kelly v. RC2 Corporation | E.D. New York (Brooklyn) | 1:07-cv-02525 | 06/22/2007 | Hon. Frederic Block |
| **District of New Jersey** | | | | |
| David Murdock v. RC2 Corporation, Learning Curve Brands, Inc., Wal-Mart Stores, Inc. and Toys "R" Us, Inc. | U.S.D.C. New Jersey (Newark) | 2:07-cv-03376 | 07/20/2007 | Hon. William H. Walls |
| **Eastern District of Arkansas** | | | | |
| James Weldon Stratton and Christa Marie Stratton v. RC2 Corporation, Racing Champions Ertl Corporation, Learning Curve Brands Inc. | E.D. Arkansas (Little Rock) | 4:07-cv-00640 | 07/20/2007 | Hon. James M. Moody |
| **Central District of California** | | | | |
| Abel Martinez v. RC2 Corporation | C.D. California (Los Angeles) | 07-CV-5401-AHM | 8/17/2007 | Hon. A. Howard Matz |