**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In Re Thomas Trains Paint Litigation                          MDL-_____

**REASONS WHY
ORAL ARGUMENT SHOULD BE HEARD**

Plaintiffs[1] respectfully request oral argument of their joint motion before the

Judicial Panel on Multidistrict Litigation for an Order, under 28 U.S.C. §1407 for the

following reasons. This litigation presently consists of fourteen actions, pending in five

districts as follows: nine actions in the Northern District of Illinois; and one action each

in the Southern District of Indiana, Eastern District of New York, District of New Jersey,

Eastern District of Arkansas and Central District of California. Moving parties believe

the decisional process on this motion would be significantly aided by oral argument in

order to determine the transferee district that will best serve this significant class action

litigation affecting consumers and the health of their children throughout the United

States.

---

[1] Chad J. Sweeney, Gregg Theobald, Shay Theobald, Robert Miller, Rachel Miller, Channing Hesse, Kimm Walton, John O'Leary, Christine Waller, Paul Djurisic, Rebekah Lockhart, Theresa Reddell, Christa Marie Stratton, James Weldon Stratton, Christopher Brady, Tom Brady, Austin Rohde, Nicholas Rohde, Robyne Rohde, Caryn Hudspeth, Patrick Hudspeth, Claudine M. Kreiner, Ryan R. Kreiner, Cherise Wilson, Aive Rei-Ghafoor, Tonya Tubbs, Thomas Toms, Tracy Hofmann, Sheree Argiris, Cheng Yin, and C. Kelly.

DATED:  August 2007

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, California 94111
Telephone:  415-772-4700
Facsimile:  415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox
Donald Hall
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 22nd Floor
New York, New York 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com

Kenneth A. Wexler
Andrae P Reneau
Edward Anthony Wallace
WEXLER TORISEVA WALLACE LLP
1 North LaSalle Street
Suite 2000
Chicago, IL 60602
Telephone:  312-346-2222
Facsimile:  312-346-0022
kaw@wtwlaw.us
apr@wtwlaw.us
eaw@wtwlaw.us

Attorneys for Kimm Walton

DATED: August 2007

HAGENS BERMAN SOBOL
SHAPIRO LLP

Elizabeth A. Fegan
Daniel J. Kurowski
Timothy Patrick Mahoney
HAGENS BERMAN SOBOL
SHAPIRO LLP
820 North Boulevard
Suite B
Oak Park, IL 60302
Telephone: 708-776-5600
Facsimile: 708-776-5601
beth@hbsslaw.com
dank@hbsslaw.com
timm@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
steve@hbsslaw.com

Attorneys for Rebekah Lockhart, Theresa
Reddell, Channing Hesse, John O'Leary,
Christine Waller, Rebekah Lockhart,
Theresa Reddell, Cherise Wilson, Aive
Rei-Ghafoor, Tonya Tubbs, Thomas Toms,
Tracy Hofmann, Sheree Argiris, and Cheng
Yin

DATED: August 2\%2007

PRICE WAICUKAUSKI & RILEY

William N. Riley
Jamie Ranah Kendall
Christopher Allan Moeller
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone:  317-633-8787
Facsimile:  317-633-8797
wriley@price-law.com
jkendall@price-law.com
cmoeller@price-law.com

Attorneys for Chad J. Sweeney, Gregg
Theobald, Shay Theobald, Robert Miller,
Rachel Miller, Caryn Hudspeth, Patrick
Hudspeth, Claudine M Kreiner, Ryan R
Kreiner

Jeffrey Aaron Cooke
THE COOKE LAW OFFICE
PO Box 188
331 Columbia Street
Lafayette, IN 47902
Telephone:  765-423-5628
Facsimile:  765-423-1373
aaron@cookelaw.com

Attorneys for Chad J. Sweeney, Gregg
Theobald, Shay Theobald, Robert Miller,
Rachel Miller

John J. Pavich
Robert James Pavich
MONICO PAVICH & SPEVACK
20 South Clark St.
Suite 700
Chicago, IL 60603
Telephone:  312-782-8500
Facsimile:  312-853-2187

4

Kevin Barry Rogers
LAW OFFICES OF KEVIN ROGERS
307 North Michigan Avenue
Suite 305
Chicago, IL 60601
Telephone: 312-332-1188
Facsimile: 312-332-0192
rogers-law@sbcglobal.net

Attorneys for Paul Djurisic

Alex G. Streett
James A. Streett
STREETT LAW FIRM
107 West Main Street
Post Office Drawer F
Russellville, AR 72811-0659
Telephone: 479-968-2030
Facsimile: 479-968-6253

Attorneys for Christa Marie Stratton, James
Weldon Stratton, Cherise Wilson, Aive
Rei-Ghafoor, Tonya Tubbs, Thomas Toms,
Tracy Hofmann, Sheree Argiris, and Cheng
Yin

Thomas A. Zimmerman, Jr.
Hugh J. Green
ZIMMERMAN AND ASSOCIATES, PC
100 W. Monroe Street
Suite 1300
Chicago, IL 60603
Telephone: 312-440-0020
Facsimile: 312-440-4180
tom@attorneyzim.com

Attorneys for Christopher Brady, Tom
Brady, Austin Rohde, Nicholas Rohde,
Robyne Rohde

John Balestriere
Craig Stuart Lanza
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007
Telephone: 212-374-5401
Facsimile: 212-208-2613
jb@balestriere.net
clanza@balestriere.net

Attorneys for Plaintiff C. Kelly