# KAPLAN**FOX**

Kaplan Fox & Kilsheimer LLP
555 Montgomery Street
San Francisco, CA 94111
phone 415.772.4700
fax 415.772.4707
email mail@kaplanfox.com
www.kaplanfox.com

RECEIVED - CLERK
U.S. DISTRICT COURT

2007 AUG 27  A 10: 56

August 24, 2007

**VIA FEDERAL EXPRESS**

Clerk of the Panel
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

　　　　**Re:**　**_In re Thomas Trains Paint Litigation_**

Dear Clerk:

　　　　Enclosed for filing please find an original and four copies of:

1. Joint Motion Of Certain Plaintiffs For Transfer Of Actions To The Northern District Of Illinois Pursuant To 28 U.S.C. § 1407;

2. Joint Memorandum Of Law In Support Of Certain Plaintiffs' Motion For Transfer And Coordination Pursuant To 28 U.S.C §1407;

3. Schedule of Actions; and

4. Request for Oral Argument.

　　　　Also enclosed are (1) a CD containing all of the above documents and (2) courtesy copies of the complaints and docket sheets for all actions.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　Laurence D. King

Enclosures

cc:　　Service list

_NEW YORK, NY_　　　_LOS ANGELES, CA_　　　_SAN FRANCISCO, CA_

_CHICAGO, IL_　　　_RICHMOND, VA_　　　_MORRISTOWN, NJ_