# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

In Re Thomas Trains Paint Litigation　　　　　　　　　　　MDL-_____

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Action, Request for Oral Argument and this Certificate of Service was served by [Federal Express] on August 24, 2007, to the following:

| | |
|---|---|
| Clerk, Southern District of Indiana (Indianapolis) U.S. District Court Birch Bayh Federal Building & United States Courthouse 46 East Ohio Street, Room 105 Indianapolis, IN 46204 Telephone: 317-229-3700 | Eastern District of New York (Brooklyn) U. S. District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201 Telephone: 718-613-2600 |
| District of New Jersey (Newark) Martin Luther King Building & U.S. Courthouse 50 Walnut Street, Room 4015 Newark, NJ 07101 Telephone: 973-645-3730 | Eastern District of Arkansas (Little Rock Main Office) 600 W. Capitol Avenue, Suite A149 Little Rock, AR 72201-3325 Telephone: 501-604-5351 |
| Northern District of Illinois (Eastern Division-Chicago) Everett McKinley Dirksen Building 219 South Dearborn Street Chicago, Illinois 60604 Telephone: 312- 435-5698 | U.S.D.C., Central District of California (Spring Street location) 312 N. Spring Street Los Angeles, CA 90012 Telephone: 213-894-1565 or Facsimile: 213-894-2215 |

| | |
|---|---|
| William N. Riley<br>Jamie Ranah Kendall<br>Christopher Allan Moeller<br>PRICE WAICUKAUSKI & RILEY<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: 317-633-8787<br>Facsimile: 317-633-8797<br>wriley@price-law.com<br>jkendall@price-law.com<br>cmoeller@price-law.com<br><br>Attorneys for Plaintiffs Chad J. Sweeney, Gregg Theobald, Shay Theobald, Robert Miller, Rachel Miller, Southern District of Indiana, 1:07-cv-00772 | Jeffrey Aaron Cooke<br>THE COOKE LAW OFFICE<br>PO Box 188<br>331 Columbia Street<br>Lafayette, IN 47902<br>Telephone: 765-423-5628<br>Facsimile: 765-423-1373<br>aaron@cookelaw.com<br><br>Attorneys for Plaintiffs Chad J. Sweeney, Gregg Theobald, Shay Theobald, Robert Miller, Rachel Miller, Southern District of Indiana, 1:07-cv-00772 |
| Judith S. Okenfuss<br>James L. Petersen<br>ICE MILLER LLP<br>One American Square, Suite 3100<br>Indianapolis, IN 46282<br>Telephone: 317-236-2115<br>Facsimile: 317-592-4721<br>judy.okenfuss@icemiller.com<br>james.petersen@icemiller.com,<br><br>Attorneys for Defendants Learning Curve Brands, Inc., Racing Champions ERTL Corporation, RC2 Corporation, Southern District of Indiana, 1:07-cv-00772 | John Balestriere<br>Craig Stuart Lanza<br>BALESTRIERE PLLC<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>Telephone: 212-374-5401<br>Facsimile: 212-208-2613<br>jb@balestriere.net<br>clanza@balestriere.net<br><br>Attorneys for Plaintiff C. Kelly, Eastern District of New York, 1:07-cv-02525 |
| Peter S. Pearlman<br>COHN, LIFLAND, PEARLMAN, HERRMANN & KNOPF, LLP<br>Park 80 Plaza West One<br>Saddle Brook, NJ 07663<br>Telephone: 201-845-9600<br>Facsimile:<br>Email: PSP@njlawfirm.com,<br><br>Attorney for Plaintiff David Murdock, District of New Jersey, 2:07-cv-03376 | Dennis M. Reznick<br>EDWARDS, ANGELL, PALMER & DODGE, LLP<br>51 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>Telephone: 973-376-7700<br>Facsimile:<br><br>Email: dreznick@eapdlaw.com<br>Attorney for Defendant Toys 'R' Us, Inc., District of New Jersey, 2:07-cv-03376 |

| | |
|---|---|
| Alex G. Streett<br>James A. Streett<br>STREETT LAW FIRM<br>107 West Main Street<br>Post Office Drawer F<br>Russellville, AR 72811-0659<br>Telephone: 479-968-2030<br>Facsimile: 479-968-6253<br><br>Attorneys for Plaintiffs Christa Marie Stratton, James Weldon Stratton, Eastern District of Arkansas, 4:07-cv-00640 | Gordon S. Rather, Jr.<br>WRIGHT, LINDSEY & JENNINGS<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201-3699<br>(501) 371-0808<br>grather@wlj.com<br><br>Attorneys for Defendants Learning Curve Brands Inc., RC2 Corporation, Racing Champions ERTL Corporation, Eastern District of Arkansas, 4:07-cv-00640 |
| Elizabeth A. Fegan<br>Daniel J. Kurowski<br>Timothy Patrick Mahoney<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL 60302<br>Telephone: 708-776-5600<br>Facsimile: 708-776-5601<br>beth@hbsslaw.com<br>dank@hbsslaw.com<br>timm@hbsslaw.com<br><br>Attorneys for Plaintiff Channing Hesse, Northern District of Illinois, 1:07-cv-03514 | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>steve@hbsslaw.com<br><br>Attorneys for Plaintiff Channing Hesse, Northern District of Illinois, 1:07-cv-03514 |
| Bart Thomas Murphy<br>ICE MILLER LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>Telephone: 630-955-6392<br>Facsimile:<br>bart.murphy@icemiller.com<br><br>Attorneys for Defendants Learning Curve Brands Inc. | Mitchell M. Breit<br>Joseph P. Guglielmo<br>Joe R. Whatley, Jr.<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br>Telephone: 212 447 7070<br><br>Attorneys for Plaintiff Jennifer Foshee Deke, Northern District of Illinois, 1:07-cv-03609 |

| | |
|---|---|
| Mark Anthony Bulgarelli<br>Robert M. Foote<br>Craig S. Mielke<br>FOOTE, MEYERS, MIELKE &<br>FLOWERS, LLC<br>28 North First St., Suite 2<br>Geneva, IL 60134<br>Telephone: 630-232-6333<br>mbulgarelli@foote-meyers.com<br>rmf@foote-meyers.com<br>csm@foote-meyers.com<br><br>Attorneys for Plaintiff Jennifer Foshee Deke, Northern District of Illinois, 1:07-cv-03609 | Kathleen Currie Chavez<br>CHAVEZ LAW FIRM P.C.<br>28 North First Street, #2<br>Geneva, IL 60134<br>Telephone: 630-232-4480<br>gkeg4@aol.com<br><br>Attorneys for Plaintiff Jennifer Foshee Deke, Northern District of Illinois, 1:07-cv-03609 |
| Nicholas B Roth<br>EYSTER KEY TUBB ROTH MIDDLETON & ADAMS LLP<br>P.O. Box 1607<br>402 East Moulton Street<br>Decatur, AL 35602<br>Telephone: 256-353-6761<br>nbroth@eysterkey.com<br><br>Attorneys for Plaintiff Jennifer Foshee Deke, Northern District of Illinois, 1:07-cv-03609 | Laurence D. King<br>Linda M. Fong<br>KAPLAN FOX & KILSHEIMER LLP<br>555 Montgomery Street, Suite 1501<br>San Francisco, California 94111<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>lking@kaplanfox.com<br>lfong@kaplanfox.com<br><br>Attorneys for Plaintiff Kimm Walton, Northern District of Illinois, 1:07-cv-03614 |
| Frederic S. Fox<br>Donald Hall<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 22nd Floor<br>New York, New York 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>ffox@kaplanfox.com<br>dhall@kaplanfox.com<br><br>Attorneys for Plaintiff Kimm Walton, Northern District of Illinois, 1:07-cv-03614 | Kenneth A. Wexler<br>Andrae P Reneau<br>Edward Anthony Wallace<br>WEXLER TORISEVA WALLACE LLP<br>1 North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Telephone: 312-346-2222<br>Facsimile: 312-346-0022<br>kaw@wtwlaw.us<br>apr@wtwlaw.us<br>eaw@wtwlaw.us<br><br>Attorneys for Plaintiff Kimm Walton, Northern District of Illinois, 1:07-cv-03614 |

| | |
|---|---|
| Elizabeth A. Fegan<br>Daniel J. Kurowski<br>Timothy Patrick Mahoney<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL 60302<br>Telephone: 708-776-5600<br>Facsimile: 708-776-5601<br>beth@hbsslaw.com<br>dank@hbsslaw.com<br>timm@hbsslaw.com<br><br>Attorneys for Plaintiffs John O'Leary, Christine Waller, Northern District of Illinois, 1:07-cv-03682 | Steve W. Berman<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>steve@hbsslaw.com<br><br>Attorneys for Plaintiffs John O'Leary, Christine Waller, Northern District of Illinois, 1:07-cv-03682 |
| John J. Pavich<br>Robert James Pavich<br>MONICO PAVICH & SPEVACK<br>20 South Clark St., Suite 700<br>Chicago, IL 60603<br>Telephone: 312-782-8500<br>Facsimile: 312-853-2187<br><br>Attorneys for Plaintiff Paul Djurisic, Northern District of Illinois, 1:07-cv-03707 | Kevin Barry Rogers<br>LAW OFFICES OF KEVIN ROGERS<br>307 North Michigan Avenue, Suite 305<br>Chicago, IL 60601<br>Telephone: 312-332-1188<br>Facsimile: 312-332-0192<br>rogers-law@sbcglobal.net<br><br>Attorney for Plaintiff Paul Djurisic, Northern District of Illinois, 1:07-cv-03707 |
| Elizabeth A. Fegan<br>Daniel J. Kurowski<br>Timothy Patrick Mahoney<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL 60302<br>Telephone: 708-776-5600<br>Facsimile: 708-776-5601<br>beth@hbsslaw.com<br>dank@hbsslaw.com<br>timm@hbsslaw.com<br><br>Attorneys for Plaintiffs Rebekah Lockhart, Theresa Reddell, Northern District of Illinois, 1:07-cv-03747 | Steve W. Berman<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>steve@hbsslaw.com<br><br>Attorneys for Plaintiffs Rebekah Lockhart, Theresa Reddell, Northern District of Illinois, 1:07-cv-03747 |

| | |
|---|---|
| Thomas A. Zimmerman, Jr.<br>Hugh J. Green<br>ZIMMERMAN AND ASSOCIATES, PC<br>100 W. Monroe Street, Suite 1300<br>Chicago, IL 60603<br>Telephone: 312-440-0020<br>Facsimile: 312-440-4180<br>tom@attorneyzim.com<br><br>Attorneys for Plaintiffs Christopher Brady, Tom Brady, Austin Rohde, Nicholas Rohde, Robyne Rohde, Northern District of Illinois, 1:07-cv-04187 | Joseph N. Williams<br>PRICE WAICUKAUSKI & RILEY<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: 317-633-8787<br>Facsimile: 317-633-8797<br>jwilliams@price-law.com<br><br>Attorney for Plaintiffs Claudine M Kreiner, Ryan R Kreiner, Caryn Hudspeth, Patrick Hudspeth, Northern District of Illinois, 1:07-cv-04547 |
| Elizabeth A. Fegan<br>Daniel J. Kurowski<br>Timothy Patrick Mahoney<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL 60302<br>Telephone: 708-776-5600<br>Facsimile: 708-776-5601<br>beth@hbsslaw.com<br>dank@hbsslaw.com<br>timm@hbsslaw.com<br><br>Attorneys for Plaintiffs Cherise Wilson, Aive Rei-Ghafoor, Tonya Tubbs, Thomas Toms, Tracy Hofmann, Sheree Argiris, and Cheng Yin Northern District of Illinois, 1:07-cv-04642 | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>steve@hbsslaw.com<br><br>Attorneys for Plaintiffs Cherise Wilson, Aive Rei-Ghafoor, Tonya Tubbs, Thomas Toms, Tracy Hofmann, Sheree Argiris, and Cheng Yin Northern District of Illinois, 1:07-cv-04642 |
| Thomas M. Ferlauto<br>KING & FERLAUTO, LLP<br>1880 Century Park East, 820<br>Los Angeles, CA 90067<br>Telephone: 310-552-3366<br>Facsimile: 310-552-3289<br><br>Attorneys for Plaintiff Abel Martinez, Central District of California, 07- CV-5401-AHM | |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed August 24, 2007 at San Francisco, California.

_____
Adrianna Gutierrez