BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE THOMAS & FRIENDS™ WOODEN RAILWAY TOYS LITIGATION | MDL DOCKET NO.: _____ |

## REQUEST FOR ORAL ARGUMENT

Pursuant to 28 U.S.C. §1407 and Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Defendants RC2 Corporation and Learning Curve Brands, Inc. (collectively referred to hereafter as "RC2") respectfully submit this request for oral argument in conjunction with RC2 Corporation's and Learning Curve Brands, Inc.'s Motion for Transfer of Actions to the Northern District of Illinois for Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C. §1407 ("the Motion for Transfer").

The factual issues and procedural posture of the Thomas & Friends™ Wooden Toys litigation are such that oral argument will benefit the JPML in its deliberations and ultimate decision-making role. Further, as opposition from one or more Plaintiffs is possible, this Motion for Transfer is particularly appropriate for argument.

WHEREFORE, RC2 requests relief, pursuant to Rule 16.1, in the form of a hearing for oral argument set prior to the JPML consideration of and decision upon the requested transfer of the Thomas & Friends™ Wooden Toys litigation to a single forum for coordinated pre-trial proceedings.

Respectfully submitted,

RC2 Corporation and Learning Curve Brands, Inc.

*Judy S. Okenfuss*
By one of their attorneys
Judy S. Okenfuss
Indiana Attorney No 16157-49

Judy S. Okenfuss
Jim L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555

Gordon S. Rather, Jr
Claire Shows Hancock
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808

Dennis M. Reznik
Charles Stotter
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 921-5214

Hugh Russ
HODGSON RUSS ANDREWS WOODS & GOODYEAR
140 Pearl Street
Buffalo, NY  14202-4040
(716) 848-1388
Attorney for RC2 Corporation only

I/2001110.1