BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE THOMAS & FRIENDS™
WOODEN RAILWAY TOYS
LITIGATION

MDL DOCKET NO.: _____

## NOTICE OF APPEARANCE FOR RC2 CORPORATION AND LEARNING CURVE BRANDS, INC.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants RC2 Corporation and Learning Curve Brands, Inc (collectively referred to hereafter as "RC2"), by their undersigned counsel, hereby submit their Notice of Appearance for RC2.

RC2 designates Judy Okenfuss to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Such papers can be mailed to the following address:

> Judy Okenfuss
> Ice Miller LLP
> One American Square
> Suite 3100
> Indianapolis, IN 46282
> (317) 236-2115
> (317) 236-2219
> judy.okenfuss@icemiller.com

Respectfully submitted,

RC2 Corporation and Learning Curve Brands, Inc.


*Judy S. Okenfuss*
By one of their attorneys
Judy S. Okenfuss
Indiana Attorney No 16157-49

Judy S. Okenfuss
Jim L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
(317) 236-2100

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL  60532
(630) 955-0555

Gordon S. Rather, Jr
Claire Shows Hancock
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808

Dennis M. Reznik
Charles Stotter
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 921-5214

Hugh Russ
HODGSON RUSS ANDREWS WOODS & GOODYEAR
140 Pearl Street
Buffalo, NY  14202-4040
(716) 848-1388
Attorney for RC2 Corporation only

I/200110.1

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE THOMAS & FRIENDS™ WOODEN RAILWAY TOYS LITIGATION | MDL DOCKET NO.: _____ |

## CORPORATE DISCLOSURE STATEMENT OF RC2 CORPORATION AND LEARNING CURVE BRANDS, INC.

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants, RC2 Corporation and Learning Curve Brands, Inc., by their undersigned counsel, hereby submit their Corporate Disclosure Statement:

RC2 Corporation does not have any parent companies. Furthermore, no publicly held company holds 10% or more of RC2 Corporation's stock. Learning Curve Brands, Inc. is a wholly owned subsidiary of RC2 Corporation.

Respectfully submitted,

RC2 Corporation and Learning Curve Brands, Inc.

*[signature: Judy S. Okenfuss]*
By one of their attorneys
Judy S. Okenfuss
Indiana Attorney No 16157-49

Judy S. Okenfuss
Jim L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
(317) 236-2100

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL  60532
(630) 955-0555

Gordon S. Rather, Jr
Claire Shows Hancock
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808

Dennis M. Reznik
Charles Stotter
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 921-5214

Hugh Russ
HODGSON RUSS ANDREWS WOODS & GOODYEAR
140 Pearl Street
Buffalo, NY 14202-4040
(716) 848-1388
Attorney for RC2 Corporation only

I/2001110.1