BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE THOMAS & FRIENDS™
WOODEN RAILWAY TOYS
LITIGATION

MDL DOCKET NO.: _____

RC2 CORPORATION'S AND LEARNING CURVE BRANDS, INC.'S
MOTION FOR TRANSFER OF ACTIONS TO
THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED PRE-TRIAL
PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

EXHIBIT VOLUME

Defendants, RC2 Corporation and Learning Curve Brands, Inc. submit the following in support of their Motion for Transfer of Actions to the Northern District of Illinois for Coordinated Pre-Trial Proceedings:

A. Schedule of Actions to be Coordinated;

B. Complaint, Stratton v. RC2 Corp., et al., E.D. Arkansas, Civil Action No. 4:07-cv-640;

C. Complaint, Hesse v. Learning Curve Brands, Inc., et al., N.D. Illinois, Civil Action No. 1:07-cv-3514;

D. Complaint, Deke v. RC2 Corp., et al., N.D. Illinois, Civil Action No. 1:07-cv-3609;

E. Complaint, Walton v. RC2 Corp., et al., N.D. Illinois, Civil Action No. 1:07-cv-3614;