COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

**Document Filed Electronically**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RC2 CORPORATION, et al., <br><br> Defendants. | No. 2:07-cv-03376-WHW-MF <br><br> **CLASS ACTION** <br><br> PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL UNDER FED. R. CIV. P. 23(G) |

**PLEASE TAKE NOTICE** that on Monday, September 24, 2007, counsel for plaintiff will apply before the Court for an Order pursuant to Fed. R. Civ. P. 23(G) appointing the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as interim lead counsel in this matter.

In support of this motion, plaintiff will rely upon the Memorandum of Law and Declaration of Peter S. Pearlman submitted herewith.

A proposed form of Order is enclosed.

Respectfully Submitted,

DATED: August 31, 2007

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN

_____
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

1

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

GULAS & STUCKEY, P.C.
JASON A. STUCKEY
LAUREN WAGNER PEDERSON
(of counsel)
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: 205/879-1234
205/879-1247 (fax)
Attorneys for Plaintiff