COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, et al.,<br><br>            Defendants. | No. 2:07-cv-03376-WHW-MF<br><br><u>CLASS ACTION</u><br><br>CERTIFICATION OF SERVICE |

The undersigned certifies that on August 31, 2007, a copy of each of the following documents: PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL UNDER FED. R. CIV. P. 23(g); MEMORANDUM OF LAW IN IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL UNDER FED. R. CIV. P. 23(g); DECLARATION OF PETER S. PEARLMAN; ORDER APPOINTING INTERIM LEAD COUNSEL UNDER FED. R. CIV. P. 23(g) and this CERTIFICATION OF SERVICE was filed electronically. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

> COHN LIFLAND PEARLMAN
>  HERRMANN & KNOPF LLP
> PETER S. PEARLMAN
>
> _____
> Park 80 Plaza West-One
> Saddle Brook, NJ 07663
> Telephone 201-845-9600