COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated, <br><br>               Plaintiff, <br><br>  vs. <br><br>RC2 CORPORATION, et al., <br><br>               Defendants. | No. 2:07-cv-03376-WHW-MF <br><br>CLASS ACTION <br><br>ORDER APPOINTING INTERIM LEAD COUNSEL UNDER FED. R. CIV. P. 23(G) |

This matter being brought before the court by counsel for plaintiffs and good cause being shown:

IT IS ON THIS _____ day of _____, 2007

ORDERED that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed interim lead counsel in this matter pursuant to Federal Rule of Civil Procedure 23(g)(2)(A).

_____