

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE THOMAS & FRIENDS™ WOODEN RAILWAY TOYS LITIGATION | MDL DOCKET NO.: _____ |

## REVISED CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief in Support, Exhibit Volume, Corporate Disclosure Statement, Request for Oral Argument, Notice of Appearance and this Revised Certificate of Service was served by First Class Mail on August 28, 2007 to the following:

**District Court Clerks**

Clerk, U.S. District Court, Northern District Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604


Clerk, U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Clerk, U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Clerk, U.S. District Court, Eastern District of Arkansas

600 West Capitol Avenue
Little Rock, Arkansas 72201-3325

Clerk, U.S. District Court, Southern District of Indiana
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

**Counsel**

    Alex G. Streett
    James A. Streett
    STREETT LAW FIRM, P.A.
    107 West Main St.
    Russellville, AR 72811
        **Counsel for Plaintiffs: James Weldon Stratton, et al.,**
        E.D. Arkansas No. 4:07-cv-640

    Gordon S. Rather
    WRIGHT LINDSEY & JENNINGS
    200 W. Capitol Ave.
    Suite 2300
    Little Rock, AR 72201
        **Counsel for Defendant: Racing Champion ERTL Corporation**, E.D. Arkansas
        No. 4:07-cv-640


    Elizabeth A. Fegan
    Timothy P. Mahoney
    Daniel J. Kurowski
    820 North Blvd, Suite B
    Oak Park, Illinois 60301
        **Counsel for Plaintiffs: Channing Hesse, et al.**, N.D. Illinois No. 1:07-cv-3514
        **Counsel for Plaintiffs: John O'Leary, et al.**, N.D. Illinois No. 1:07-cv-3682
        **Counsel for Plaintiffs: Theresa Reddell, et al.**, N.D. Illinois No. 1:07-cv-3747
        **Counsel for Plaintiffs: Cherise Wilson, et al.**, N.D. Illinois No. 1:07-cv-4642

    Steve W. Berman
    Nicholas J. Styant-Browne
    Attorneys for Plaintiffs
    1301 Fifth Avenue, Suite 2900
    Seattle, Washington 98101
        **Counsel for Plaintiffs: Channing Hesse, et al.**, N.D. Illinois No. 1:07-cv-3514
        **Counsel for Plaintiffs: John O'Leary, et al.**, N.D. Illinois No. 1:07-cv-3682
        **Counsel for Plaintiffs: Theresa Reddell, et al.**, N.D. Illinois No. 1:07-cv-3747

Simeon J. Osborn
OSBORN SMITH, PLLC
2125 Fifth Avenue
Seattle, Washington 98121
    **Counsel for Plaintiffs: Channing Hesse, et al.,** N.D. Illinois No. 1:07-cv-3514

Robert M. Foote
Mark A. Bulgarelli
Craig S. Mielke
Joe R. Whatley
Edith Kallas
Mitchell M. Breit
FOOTE, MEYERS, MIELKE &
FLOWERS. LLC
28 North First Street, Suite 2
Geneva, Illinois 60134
    **Counsel for Plaintiffs: Jennifer Foshee Deke et al.,**
    N.D. Illinois No. 1:07-cv-3609

Kathleen C. Chavez (#06255735)
Chavez Law Firm, P.C.
28 North First Street, Suite 2
Geneva, Illinois 60134
    **Counsel for Plaintiffs: Jennifer Foshee Deke et al.,**
    N.D. Illinois No. 1:07-cv-3609

Nicholas B. Roth
EYSTER KEY TUBB ROTH,
MIDDLETON & ADAMS LLP
Eyster Building
P.O.Box 1607
Decatur, Alabama 35602
    **Counsel for Plaintiffs: Jennifer Foshee Deke et al.,**
    N.D. Illinois No. 1:07-cv-3609

Kenneth A. Wexler
Edward A. Wallace
Andrae P. Reneau
WEXLER TORISEVA WALLACE LLP
One N. LaSalle St., Ste. 2000
Chicago, IL 60602
    **Counsel for Plaintiffs: Kim Walton, et al.,** N.D. Illinois No. 1:07-cv-3614

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP

555 Montgomery St., Ste. 1501
San Francisco, CA 94111
    **Counsel for Plaintiffs: Kim Walton, et al.,** N.D. Illinois No. 1:07-cv-3614

Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
New York, NY 10022
    **Counsel for Plaintiffs: Kim Walton, et al.,** N.D. Illinois No. 1:07-cv-3614

Mark Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Ste. 290
Sacramento, CA 95815
    **Counsel for Plaintiffs: Kim Walton, et al.,** N.D. Illinois No. 1:07-cv-3614

Robert J. Pavich
John J. Pavich
Anthony D'Amato - of counsel
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
    **Counsel for Plaintiffs: Paul Djurisic et al.,** N.D. Illinois No. 1:07-cv-3707

Kevin B. Rogers
307 North Michigan Avenue
Suite 305
Chicago, Illinois 60601
    **Counsel for Plaintiffs: Paul Djurisic et al.,** N.D. Illinois No. 1:07-cv-3707

Yvette Ostolaza
WEIL GOTSHAL & MANGES LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
    **Counsel for Defendant: Apax Partners, Inc., Paul Djurisic et al.,** N.D. Illinois No. 1:07-cv-3707
    **Counsel for Defendant: Hit Entertainment, Paul Djurisic, et al.,** N.D. Illinois No. 07-cv-3707

Thomas A. Zimmerman, Jr.
Hugh J. Green
ZIMMERMAN & ASSOCIATES, P.C.
100 West Monroe Steeet

4

Suite 1300
Chicago, IL 60603
> **Counsel for Plaintiffs: Robyne Rohde, et al.,** N.D. Illinois No. 1:07-cv-4187

Bart S. Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
> **Counsel for Defendant: Learning Curve International, Inc.:** N.D. Illinois No. 1:07-cv-4187

Joseph N. Williams
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
> **Counsel for Plaintiffs: Ryan Kreiner, et al.,** N.D. Illinois No. 1:07-cv-4547

**Defendants Racing Champions ERTL Corp., Racing Champions ERTL, Inc., RC Ertl, Inc. and RC2 Brands, Inc. are names under which RC2 Corporation and/or Learning Curve Brands, Inc. formerly did business but which will not have counsel nor appearances filed on their behalf because they no longer exist and are thus fictitious entities,** N.D. Illinois No. 1:07-cv-4547

William N. Riley
Jamie R. Kendall
Christopher A. Moeller
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave
Indianapolis, IN 46204
> **Counsel for Plaintiffs: Robert Miller, et al.,** S.D. Indiana No. 1:07-cv-772

J. Aaron Cooke
COOKE LAW FIRM
P.O. Box 188
Lafayette, IN 47902
> **Counsel for Plaintiffs: Robert Miller, et al.,** S.D. Indiana No. 1:07-cv-772

James L. Petersen
Judy S. Okenfuss
ICE MILLER LLP
One America Square
Suite 3100
Indianapolis, IN 46282
> **Counsel for Defendant: Racing Champions ERTL Corp.,** S.D. Indiana No. 1:07-cv-772

5

Peter S. Pearlman
COHEN LIFLAND PEARLMAN HERRMANN
& KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
    **Counsel for Plaintiffs**: **David Murdock et al.**, New Jersey No. 2:07-cv-03376

Jack Reise
Stuart A. Davidson
James L. Davidson
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 E. Palmetto Park Rd., Ste 500
Boca Raton, FL 33432-4809
    **Counsel for Plaintiffs**: **David Murdock et al.**, New Jersey No. 2:07-cv-03376

Jason A. Stuckey
Lauren Wagner Pederson
2031 2nd Ave. North
Birmingham, AL 35203
    **Counsel for Plaintiffs**: **David Murdock et al.**, New Jersey No. 2:07-cv-03376

Dennis M. Reznick
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
    **Counsel for Defendant: Toys "R" Us, Inc., David Murdock, et al.**, New Jersey No. 2:07-cv-03376

Richard D. Millet
RICHARD D. MILLET & ASSOCIATES LLC
1065 Route 22 West, Suite 1A
Bridgewater, NJ 08807
    **Counsel for Defendant: Wal-Mart Stores, Inc., David Murdock, et al.**, New Jersey No. 2:07-cv-03376

John Balestriere
Craig Stuart Lanza
BALESTRIERE PLLC
225 Broadway
Suite 2700
New York, NY 10007
    **Counsel for Plaintiffs**: **C. Kelly et al.**, E.D. New York No. 1:07-cv-2525

Respectfully submitted,

RC2 Corporation and Learning Curve Brands, Inc.

*Judy S. Okenfuss*
By/one of their attorneys
Judy S. Okenfuss
Indiana Attorney No 16157-49

Judy S. Okenfuss
Jim L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555

Gordon S. Rather, Jr
Claire Shows Hancock
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808

Dennis M. Reznik
Charles Stotter
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 921-5214

        Hugh Russ
        HODGSON RUSS ANDREWS WOODS & GOODYEAR
        140 Pearl Street
        Buffalo, NY  14202-4040
        (716) 848-1388
        Attorney for RC2 Corporation only

I/1990194.1