
LEGAL COUNSEL

August 28, 2007

WRITER'S DIRECT NUMBER: (317) 236-2115
DIRECT FAX: (317) 592-4721
INTERNET: Judy.Okenfuss@icemiller.com

**VIA OVERNIGHT MAIL**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

      RE:    *Thomas & Friends™ Wooden Railway Toys Litigation*

Dear Clerk:

      Enclosed please find an original and four copies of RC2 Corporation and Learning Curve Brands Inc.'s Revised Certificate of Service with regard to the above-referenced matter. Copies of the Revised Certificate of Service are being sent by First Class mail to all parties listed therein. Furthermore, a copy of the motion and accompanying pleadings is also being sent via First Class Mail to all parties who did not receive these documents when they were originally filed.

      If you have any question or comments regarding this matter please feel free to contact Jacob Cox at (317)-236-5884

                      Very truly yours,

                        ICE MILLER

                        Judy S. Okenfuss

JSO:jmb
enclosures

cc:    Counsel of Record

One American Square | Suite 3100 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219
INDIANAPOLIS | CHICAGO | NAPERVILLE | WASHINGTON D.C.
I/2001065.1
www.icemiller.com