COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
*"DOCUMENT FILED ELECTRONICALLY"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF<br><br>**NOTICE OF MOTION TO ADMIT STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE <u>PRO HAC VICE</u>** |

PLEASE TAKE NOTICE that on October 8, 2007 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiffs, will move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101, for an order, pursuant to Local Civil Rule 101.1(c),

admitting Stuart A. Davidson and Jack Reise to appear and participate pro hac vice.

PLEASE TAKE FURTHER NOTICE that the plaintiff will rely upon the certifications of Peter S. Pearlman, Stuart A. Davidson and Jack Reise in support of this application.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated:   September 6, 2007

                        COHN LIFLAND PEARLMAN
                         & HERRMANN & KNOPF LLP

                        */s/ Peter S. Pearlman*
                        Peter S. Pearlman
                        Park 80 Plaza West-One
                        Saddle Brook, NJ 07663
                        Telephone: 201/845-9600