COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
*"DOCUMENT FILED ELECTRONICALLY"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF<br><br>**CERTIFICATION OF PETER S. PEARLMAN IN SUPPORT OF APPLICATION TO ALLOW STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE PRO HAC VICE** |

Peter S. Pearlman hereby certifies and says:

1.　　I am a member of the firm of Cohn Lifland Pearlman Herrmann & Knopf LLP and a member of the bar of the United States District Court for the District of New Jersey.

2.  I have been asked by the law firm of Coughlin Stoia Geller Rudman & Robbins, LLP to participate with them as counsel in connection with the above-captioned matter on behalf of the plaintiff.

3.  I make this certification in support of an application to admit Stuart A. Davidson and Jack Reise to appear and participate pro hac vice.

4.  I understand and have informed Messrs. Davidson and Reise that, in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

I certify under penalty of perjury that the foregoing statements are true. Executed on September 6, 2007.

/s/ Peter S. Pearlman
Peter S. Pearlman