COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### "DOCUMENT FILED ELECTRONICALLY"

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF<br><br>**CERTIFICATION OF STUART A. DAVIDSON IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

STUART A. DAVIDSON hereby certifies and says:

1.   I am an attorney at law admitted to practice before all courts in the State of Florida. I am also admitted to practice before the United States District Court for the Southern, Middle and Northern Districts of Florida, United States District Court for the Northern District of Texas, United States Court of Appeals for the Eighth, Tenth and Eleventh Circuits, and the United States Supreme Court  I am in good standing before all of the aforementioned courts.

2. I am an associate with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP with offices situated at 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida 33423.

3. I make this certification in support of an application to appear and participate in the above-captioned matter pro hac vice on behalf of plaintiff, pursuant to Rule 101.1(c) of the General Rules of the United States District Court for the District of New Jersey.

4. My firm has been requested by plaintiff class, David Murdock, individually and as father and next friend of Beau Farish Murdock and Anabelle Sage Murdock, minor children, on behalf of all others similarly situated, to represent them in connection with this litigation. Plaintiff has come to our firm because we have substantial experience in civil litigation, and we have experience in class action litigation. My firm and I have extensive experience in all phases of litigation including depositions, trials and appeals. I believe that my firm's expertise makes us particularly qualified to represent our client and a class of similarly situated individuals.

5. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me.

6. My firm has retained the services of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, Park 80 Plaza West One, Saddle Brook, New Jersey 07663, to serve as local counsel on behalf of our client. Peter S. Pearlman, Esq. of that law firm will be handling this matter with us.

7. I understand that if I am admitted to appear and participate pro hac vice:

(a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

(b) I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

(c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

(d) I shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in this state;

(e) no delay in discovery, motions, trial or any other proceeding shall occur or be requested by reason of my inability to be in attendance; and

(f) automatic termination of my pro hac vice admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection, proof of which payment shall be made by certification to the court no later than February 15th of each year.

8. I respectfully request that this court grant this application on behalf of the plaintiff in the above-captioned matter to permit me to appear and participate pro hac vice on their behalf.

9. I certify under penalty of perjury that the foregoing statements made by me are true. Executed on September _6_, 2007

/s/ Stuart A. Davidson
STUART A. DAVIDSON