COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### *"DOCUMENT FILED ELECTRONICALLY"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>          Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |

The undersigned, co-counsel for plaintiffs, respectfully submits pursuant to L. Civ. R. 7.1(d)(1) that no brief is necessary in connection with the motion for an order permitting Stuart A. Davidson and Jack Reise to appear and participate <u>pro hac vice</u> in this matter, because such motion is addressed to the discretion of the district judge and does not raise an issue of law.

                                                Respectfully submitted,

                                                COHN LIFLAND PEARLMAN
                                                HERRMANN & KNOPF LLP

Dated: September 6, 2007          By: *Peter S. Pearlman /s/*
                                                      Peter S. Pearlman