**COHN LIFLAND PEARLMAN**
 **HERRMANN & KNOPF LLP**
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
*"DOCUMENT FILED ELECTRONICALLY"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated, <br><br>                     Plaintiff, <br><br>     vs. <br><br> RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC., <br><br>                     Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF <br><br><br> **ORDER PERMITTING STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE PRO HAC VICE** |

This matter having been brought before the Court by Cohn Lifland

Pearlman Herrmann & Knopf LLP, attorneys for plaintiffs, and the Court having

considered the matter, and for good cause shown;

IT IS on this _____ day of _____, 2007,

ORDERED AS FOLLOWS:

1.    Stuart A. Davidson, Esq. and Jack Reise, each a member of the bar of the State of Florida are hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;  Each shall:

a.    Abide by all disciplinary rules of this Court during the time of *pro hac vice* admission;

b.    Notify the Court immediately of any matter affecting their standing at the Bar of any other court;

c.    Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

d.    Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against them or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of their participation in this matter; and

e.    Have all pleadings, briefs and other papers filed with the court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of record for the plaintiff, who shall be responsible for the conduct of the attorney admitted hereby.

f.      Make a payment of $150 payable to the Clerk of the United

States District Court as required by Local Civil Rule 101.1(c)(3).

_____