COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
*"DOCUMENT FILED ELECTRONICALLY"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | CIVIL ACTION NO. 07-3376 (WHW) MF<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 6, 2007 a copy of the foregoing NOTICE OF MOTION TO ADMIT STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE *PRO HAC VICE*; STATEMENT AS TO WHY NO BRIEF IS NECESSARY; CERTIFICATION OF PETER S. PEARLMAN IN SUPPORT OF APPLICATION TO ALLOW STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE *PRO HAC VICE*;

CERTIFICATION OF STUART A. DAVIDSON IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE*; CERTIFICATION OF JACK REISE IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE;* ORDER PERMITTING STUART A. DAVIDSON AND JACK REISE TO APPEAR AND PARTICIPATE *PRO HAC VICE;* and CERTIFICATION OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

                COHN LIFLAND PEARLMAN
                HERRMANN & KNOPF LLP
                Attorneys for Plaintiff and the Class

                By: *Peter S. Pearlman /s/*