EDWARDS ANGELL PALMER & DODGE LLP
Dennis M. Reznick (DR4841)
51 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 376-7700

Of Counsel:
Bart T. Murphy, Esq.
James Petersen, Esq.
Ice Miller
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
Fax: (630) 955-0662

Attorneys for Defendants RC2 Corporation,
Learning Curve Brands, Inc. and Toys "R" Us, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RC2 CORPORATION; LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC.; WAL-MART STORES, INC and TOYS "R" US, INC.,<br><br>Defendants. | Civil Action No. 2:07-cv-03376 (WHW-MF)<br><br>**CONSENT ORDER** |

THIS MATTER having been brought to the Court by defendants RC2 Corporation, Learning Curve Brands, Inc. and Toys "R" Us, Inc., by their attorneys, Edwards Angell Palmer & Dodge LLP, on application pursuant to L. Civ. R. 101(c) for an Order allowing James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq. to appear and participate *pro hac vice*, with consent from counsel for plaintiff, Peter Pearlman, Esq., and the Court having considered the Affidavits of Dennis M. Reznick, Esq., James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq., in support of the application, and for good cause shown;

IT IS ON THIS 14th DAY OF SEPTEMBER, 2007,

ORDERED, that the applications to admit James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq. *pro hac vice* are granted; and it is further

ORDERED, that James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq., members in good standing of the bars of their respective states, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED, that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED, that James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2, and shall make such payments for each year in which he continues to represent a client in a matter pending in this Court; and it is further

ORDERED, that James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq. shall abide by the Local Rules for the District of New Jersey, including all disciplinary rules; and it is further

ORDERED, that James L. Petersen, Esq., and Judith Starobin Okenfuss, Esq. shall notify the Court immediately of any matter affecting his standing in any Court; and it is further

ORDERED, that a copy of this Order shall be served upon all counsel of record within five (5) days of the receipt thereof.

Hon. Mark Falk, U.S.M.J., D.N.J.