COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone: 201/845-9600
201/845-9423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, et al.,<br><br>    Defendants. | No. 2:07-cv-03376-WHW-MF<br><br><u>CLASS ACTION</u><br><br>CERTIFICATION OF SERVICE |

The undersigned certifies that on September 17, 2007, a copy of each of the following documents: PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS AND REPLY TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF LEAD COUNSEL; DECLARATION OF PETER S. PEARLMAN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS AND REPLY TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF LEAD COUNSEL and this CERTIFICATION OF SERVICE was filed electronically. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

> COHN LIFLAND PEARLMAN
>  HERRMANN & KNOPF LLP
> PETER S. PEARLMAN
>
> Park 80 Plaza West-One
> Saddle Brook, NJ 07663
> Telephone 201-845-9600