**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, minor children, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.<br><br>Defendants. | **ORDER**<br><br>Civil Action No. 07-3376 (WHW) |

**Walls, Senior District Judge**

This matter having been opened to the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, counsel for Plaintiffs, on plaintiff's motion for the appointment of interim lead counsel under Fed. R. Civ. P. 23(G) and by Edwards Angell Palmer & Dodge LLP, counsel for Defendants, RC2 Corporation, Learning Curve Brands, Inc., and Toys "R" Us, Inc. (collectively "Defendants"), on defendants' cross-motion for stay of proceedings and for extension of time to answer; and the Court having considered Defendants' and Plaintiffs' papers:

It is on this 20th day of September 2007,

ORDERED that the Defendants' cross-motion for stay of proceedings is DENIED; and It is further

**NOT FOR PUBLICATION**

ORDERED that Defendants shall file an answer or a responsive pleading to the Complaint within 20 days of the date of this Order.

The Court will deal with Plaintiff's motion for the appointment of interim lead counsel under Fed. R. Civ. P. 23(G) in due course.

**s/William H. Walls**
United States Senior District Judge