Dennis M. Reznick (DR4841)
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940
(973) 520-2300

Of Counsel:
Bart Murphy, Esq.
Jim L. Peterson, Esq.
Judy S. Okenfuss, Esq.
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200

*Attorney for Defendants RC2 Corporation, Learning Curve Brands, Inc., and Toys "R" Us, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, minor children, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>Defendants. | Civil Action No. 2:07-CV-03376 (WHW-MF)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**[Document Electronically Filed]** |

**PLEASE TAKE NOTICE** that the mailing address and telephone number for the law firm of Edwards Angell Palmer & Dodge LLP changed effective September 17, 2007. The new mailing address and telephone number are:

>One Giralda Farms
>Madison, NJ 07940

(973) 520-2300
(973) 520-2600 fax

Dated: September 21, 2007

EDWARDS ANGELL PALMER & DODGE LLP

By: _____
Dennis M. Reznick (DR 4841)

*Attorneys for Defendants RC2 Corporation, Learning Curve Brands, Inc., and Toys "R" Us, Inc.*

One Giralda Farms
Madison, NJ 07940
(973) 520-2300

205846

## CERTIFICATION OF SERVICE

I hereby certify that on September 21, 2007, a true copy of the within Notice of Change of Address was served pursuant to the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Rules and/or the District of New Jersey's ECF Policies and Procedures and by sending same via first class mail service offered by the U.S. Postal Service, in postage paid envelopes addressed to the following counsel for the parties at the addresses indicated:

Peter S. Pearlman, Esq.
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663

*Attorneys for Plaintiffs*

Richard D. Millet, Esq.
RICHARD D. MILLET & ASSOCIATES LLC
1065 Route 22 West, Suite 1A
Bridgewater, NJ 08807

*Attorneys for Wal-Mart Stores, Inc.*

Jack Reise, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

*Attorneys for Plaintiffs*

Executed on: September 21, 2007

_____
Dennis M. Reznick

205846