Dennis M. Reznick (DR4841)
Charles W. Stotter (CS4313)
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940
(973) 520-2300

Of Counsel:
Bart T. Murphy, Esq.
James L. Petersen, Esq. *(admitted pro hac vice)*
Judith S. Okenfuss, Esq. *(admitted pro hac vice)*
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200

*Attorneys for Defendants RC2 Corporation,
Learning Curve Brands, Inc., Toys "R" Us, Inc.,
and Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RC2 CORPORATION; LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC.; WAL-MART STORES, INC and TOYS "R" US, INC.,<br><br>Defendants. | Civil Action No. 2:07-cv-03376 (WHW-MF)<br><br><br><br><br>**CONSENT ORDER** |

THIS MATTER having been opened to the Court by Edwards Angell Palmer & Dodge LLP, and Ice Miller LLP, counsel for defendants RC2 Corporation, Learning Curve Brands, Inc.,

Toys "R" Us, Inc., and Wal-Mart Stores, Inc., for the entry of a Consent Order extending the time within which Wal-Mart Stores East, L.P. (improperly named in the Complaint as Wal-Mart Stores, Inc.) ("Wal-Mart") may answer, move or otherwise respond with regard to plaintiff's Complaint in this action, for a period of time to and including October 10, 2007;

And the Court having been advised that Cohn Lifland Pearlman Herrmann & Knopf, LLP, counsel for plaintiff, has consented to this request for an extension of time, and good cause having been shown:

IT IS on this 9 day of October, 2007

ORDERED that defendant Wal-Mart's application is GRANTED and it is ORDERED that the time within which defendant Wal-Mart may answer, move or otherwise respond with regard to plaintiff's Complaint is hereby extended for a period of time through and including October 10, 2007.

Dated: October ___, 2007

_____
Hon. Mark Falk, U.S.M.J.

206308_1.DOC