Dennis M. Reznick (DR4841)
Charles W. Stotter (CS4313)
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940
(973) 520-2300

Judith S. Okenfuss, Esq. (*Admitted Pro Hac Vice*)
James L. Petersen, Esq. (*Admitted Pro Hac Vice*)
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

*Attorney for Defendants RC2 Corporation, Learning Curve Brands, Inc., Wal-Mart Stores, Inc., and Toys "R" Us, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, minor children, on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R"US, INC.,<br><br>    Defendant | Civil Action No. 2:07-CV-03376 (WHW-MF)<br><br>**DEFENDANT TOYS "R" US, INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**[Document Electronically Filed]** |

    Defendant Toys "R" Us, Inc., by its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby notifies the Court as follows:

    1.  Toys "R" Us, Inc. is a wholly-owned subsidiary of Toys "R" Us-Holdings, Inc.

2. No publicly-held corporation owns 10 percent or more of the stock of Toys "R" Us, Inc.

Dated: October 12, 2007     EDWARDS ANGELL PALMER & DODGE LLP

By:    *s/Charles W. Stotter*
      Dennis M. Reznick (DR4841)
      Charles W. Stotter (CS4313)

One Giralda Farms
Madison, NJ 07940
(973) 520-2300

Judith S. Okenfuss, Esq. (*Admitted Pro Hac Vice*)
James L. Petersen, Esq. (*Admitted Pro Hac Vice*)
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

*Attorneys for Defendants RC2 Corporation, Learning Curve Brands, Inc., Wal-Mart Stores, Inc., and Toys "R" Us, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on October 12, 2007, a copy of the within Defendant Toys "R" Us, Inc.'s Rule 7.1 Disclosure Statement was served pursuant to the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Civil Rules and/or the District of New Jersey's ECF Policies and Procedures, and by sending same via first class mail service offered by the U.S. Postal Service, in postage paid envelopes addressed to the following counsel for the parties at the addresses indicated:

Peter S. Pearlman, Esq.
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ  07663

*Attorneys for Plaintiff*

Jack Reise, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809

*Attorneys for Plaintiff*

Executed on:  October 12, 2007

        *s/Charles W. Stotter*
        Charles W. Stotter

206499