# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**"DOCUMENT ELECTRONICALLY FILED"**

October 19, 2007

BY HAND DELIVERY
The Honorable William H. Walls, USDJ
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

        RE: Murdock v. RC2 Corporation, et al.
        Docket No.:  2:07-cv-3376 (WHW)
        Our File: 37,193-0

Dear Judge Walls,

I write on behalf of plaintiffs with respect to the scheduling of briefing of defendants' pending motion to dismiss plaintiff's complaint (Document No. 21).

Counsel for all parties have agreed upon a schedule for briefing the motion to dismiss. That briefing schedule is encompassed within an Order Establishing Briefing Schedule for Defendants' Motion to Dismiss which is enclosed herewith. As Your Honor can see, the proposed form of order has been consented to by counsel for all parties. We ask that Your Honor review the order and if it is satisfactory with the Court enter it.

        Respectfully yours,

        Peter S. Pearlman

PSP:glv
Enclosure
cc:   Dennis M. Reznick, Esq. (via e-mail only w/enc.)

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RC2 CORPORATION, et al., <br><br> Defendants. | No. 2:07-cv-03376-WHW-MF <br><br> CLASS ACTION <br><br><br> ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |

Defendants' having moved to dismiss plaintiff's complaint on various grounds pursuant to Fed. R. Civ. P. 12(b)(6) and Local Civil Rule 7.1(c); and the parties having agreed upon a schedule for the further briefing of the motion to dismiss; and good cause being shown

IT IS on this _____ day of _____, 2007

ORDERED as follows:

1. Plaintiff's opposition to defendants' motion to dismiss shall be filed and served on or before December 13, 2007;

2. Defendants' reply shall be filed and served on or before January 4, 2008;

3. The motion date shall be January 14, 2008.

_____
The Honorable William H. Walls, U.S.D.J.

We hereby consent to the form and entry of the foregoing order.

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West One
Saddle Brook, New Jersey 07663

By: _____       Dated: 10/18/07
    Peter S. Pearlman, Esq.
    *Attorney for Plaintiff*

EDWARD ANGELL PALMER & DODGE LLP
One Giraldi Farms
Madison, New Jersey 07940

By: _____       Dated: 10/18/07
    Dennis M. Reznick, Esq.
    *Attorney for Defendants*

1