COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
STUART A. DAVIDSON
JAMES L. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, et al.,<br><br>                Defendants. | No. 2:07-cv-03376-WHW-MF<br><br><u>CLASS ACTION</u><br><br><br><br><br>ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |

Defendants' having moved to dismiss plaintiff's complaint on various grounds pursuant to Fed. R. Civ. P. 12(b)(6) and Local Civil Rule 7.1(c); and the parties having agreed upon a schedule for the further briefing of the motion to dismiss; and good cause being shown

IT IS on this 24 day of Oct, 2007

ORDERED as follows:

1. Plaintiff's opposition to defendants' motion to dismiss shall be filed and served on or before December 13, 2007;

2. Defendants' reply shall be filed and served on or before January 4, 2008;

3. The motion date shall be January 14, 2008.

_____
The Honorable William H. Walls, U.S.D.J.

We hereby consent to the form and entry of the foregoing order.

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West One
Saddle Brook, New Jersey 07663

By: _____     Dated: 10/18/07
    Peter S. Pearlman, Esq.
    *Attorney for Plaintiff*

EDWARD ANGELL PALMER & DODGE LLP
One Giraldi Farms
Madison, New Jersey 07940

By: _____     Dated: 10/18/07
    Dennis M. Reznick, Esq.
    *Attorney for Defendants*

1