COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Jack Reise, Esq.
James L. Davidson, Esq.
Elizabeth A. Shonson, Esq.
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

*"DOCUMENT ELECTRONICALLY FILED"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>            Defendants. | No. 2:07-CV-3376 (WHW)<br><br><br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

1

Plaintiff David Murdock, individually and as Father and Next Friend of Beau Farish Murdock and Annabelle Sage Murdock, Minor Children, and on behalf of all others similarly situated, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), hereby requests a sixty (60) day extension of time to file and serve a response to defendants' RC2 Corporation, Learning Curve Brands, Inc., Learning Curve Brands, Inc., d/b/a RC2 Brands, Inc., Wal-Mart Stores, Inc., and Toys "R" Us, Inc.'s motion to dismiss.

In support hereof Plaintiff submits the Declaration of Peter S. Pearlman.

A proposed order is submitted herewith.

Plaintiffs represent that defendants do not oppose the relief sought herein.

DATED: December 11, 2007

COHN LIFLAND PEARLMAN
   HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN

_____
PETER S. PEARLMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JACK REISE
JAMES L. DAVIDSON
ELIZABETH A. SHONSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

GULAS & STUCKEY, P.C.
JASON A. STUCKEY
LAUREN WAGNER PEDERSON
(of counsel)
2031 2nd Avenue North
Birmingham, AL  35203
Telephone:  205/879-1234
205/879-1247 (fax)

*Attorneys for Plaintiff*