COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Park 80 Plaza West-One,
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Jack Reise, Esq.
James L. Davidson, Esq.
Elizabeth A. Shonson, Esq.
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### *"DOCUMENT ELECTRONICALLY FILED"*

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>                Defendants. | No. 2:07-CV-3376 (WHW)<br><br><br><br><br><br><br><br><br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY PURSUANT TO L. CIV. R. 7.1(d)(1)** |

The undersigned, co-counsel for plaintiffs, respectfully submits pursuant to L. Civ. R. 7.1(d)(1) that no brief is necessary in connection with the motion for an order permitting Plaintiff's an extension of time to respond to Defendants' motion to dismiss, because such motion is addressed to the discretion of the district judge and does not raise an issue of law.

DATED: December 11, 2007

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN

_____
PETER S. PEARLMAN