UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MURDOCK, Individually and as Father and Next Friend of BEAU FARISH MURDOCK and ANABELLE SAGE MURDOCK, Minor Children, on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>RC2 CORPORATION, LEARNING CURVE BRANDS, INC., LEARNING CURVE BRANDS, INC. d/b/a RC2 BRANDS, INC., WAL-MART STORES, INC. and TOYS "R" US, INC.,<br><br>      Defendants. | No. 2:07-CV-3376 (WHW)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

  This matter having been before the Court on the motion of Cohn Lifland Pearlman Herrman & Knopf LLP, counsel for Plaintiff David Murdock, individually and as Father and Next Friend of Beau Farish Murdock and Annabelle Sage Murdock, Minor Children ("Plaintiff"), and on behalf of all others similarly situated, upon the Plaintiff's Motion for an Order, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), extending the time Plaintiff has to file his opposition to Defendants' Motion to Dismiss by sixty (60) days to allow for the issuance of an order coordinating and transferring related actions against Defendants by the Judicial Panel on Multidistrict Litigation; and the Court having considered the matter and for good cause shown;

  IT IS, on this _____day of _____, 2007;

1

**ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss is granted in its entirety and Plaintiff shall serve and file his opposition to the pending motion to dismiss on or before February 11, 2007.

_____
WILLIAM H. WALLS, U.S.D.J.